UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD COHAN,<br><br>Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | 2:19-CV-11896-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 4th day of September, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge